Michael R. Lozeau (State Bar No. 142893)
Richard T. Drury (State Bar No. 163559)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103 (fax)
E-mail: michael@lozeaudrury.com
        richard@lozeaudrury.com
        doug@lozeaudrury.com

Attorneys for Plaintiff
GLOBAL COMMUNITY MONITOR

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLOBAL COMMUNITY MONITOR, a non-profit corporation,<br><br>         Plaintiff,<br><br>     vs.<br><br>ALAMEDA COUNTY INDUSTRIES, INC., a corporation,<br><br>         Defendant. | Case No. 11-00976<br><br>**REQUEST AND [P~~ROPO~~SED] ORDER TO CONTINUE CASE MANAGEMENT STATEMENT** |

On March 2, 2011, Plaintiff filed its complaint in the above-entitled action. On June 9, 2011, Plaintiff completed its service by filing the waiver of service form. Defendant has until August 8, 2011 to file its answer.

During the past few months, the parties have been negotiating a settlement agreement in lieu of moving forward with the litigation. The parties have reached a tentative agreement on most of the key issues and should complete negotiations and finalize a settlement within the next few weeks.

In order to give the parties ample time to complete a settlement agreement and submit it for a 45-day review period to the Environmental Protection Agency and Department of Justice pursuant to 40 C.F.R. § 135.5, Plaintiff requests that the Case Management Conference currently scheduled for June 15, 2011, be continued to September 9, 2011, at 9:00 am.

///

1
2   Dated: June 9, 2011                         Respectfully submitted,
3                                               LOZEAU DRURY LLP
4                                               By:   /s/ *Douglas J. Chermak*
                                                Douglas J. Chermak
5                                               Attorneys for Plaintiff
                                                GLOBAL COMMUNITY MONITOR
6
7
8   IT IS SO ORDERED.                           _____
                                                Judge Edward M. Chen
9                                               United States Magistrate Judge



10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28