1  MICHAEL V. BRADY (SBN 146370)
   BRADY & VINDING
2  400 Capitol Mall, Suite 2640
   Sacramento, CA 95814
3  Telephone: (916) 446-3400
   Facsimile: (916) 446-7159
4  mbrady@bradyvinding.com

5  Attorneys for Defendant
   ALAMEDA COUNTY INDUSTRIES, INC.,
6  a corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL COMMUNITY MONITOR, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY INDUSTRIES, INC., a corporation,<br><br>Defendants | CASE NO. 11-00976<br><br>[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT<br><br>[Civ. Local Rule 6-2; 7-12]<br><br>Complaint Filed: March 2, 2011 |

PURSUANT TO STIPULATION, IT IS SO ORDERED, that there is good cause to extend the deadline for Defendant's response to the Complaint herein until September 9, 2011 and to continue the case management conference presently scheduled for August 8, 2011 until September 23, 2011. at 9:00 a.m.  A Joint CMC Statement shall be filed by September 16, 2011.

Dated: __August 8__, 2011

_____
Hon. Edward M. Chen, Judge
United States District Court, Northern District of California



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

-1-
[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO RESPOND TO COMPLAINT