Michael R. Lozeau (State Bar No. 142893)
Richard T. Drury (State Bar No. 163559)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103 (fax)
E-mail: michael@lozeaudrury.com
         richard@lozeaudrury.com
         doug@lozeaudrury.com

Attorneys for Plaintiff
GLOBAL COMMUNITY MONITOR

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLOBAL COMMUNITY MONITOR, a non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALAMEDA COUNTY INDUSTRIES, INC., a corporation,<br><br>　　　　Defendant. | Case No. 11-00976<br><br>**NOTICE OF SETTLEMENT AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

　　　　PLEASE TAKE NOTICE that the parties have reached a settlement resolving all claims in this action. The settlement is contingent upon the expiration of the federal agency 45-day review period.[1]

　　　　PLEASE TAKE FURTHER NOTICE that, in accordance with federal law, no judgment disposing of this action may be entered prior to 45 days following the receipt of the proposed settlement agreement by the United States Department of Justice and the national and Region IX offices of the United States Environmental Protection Agency. *See* 40 C.F.R. § 135.5 (requiring the parties to provide notice to the court of the 45-day agency review period under 33 U.S.C. § 1365(c)).

---

[1] Title 33 of the United States Code, Section 1365(c) provides that "[n]o consent judgment shall entered in an action in which the United States is not a party prior to 45-days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator."

NOTICE OF SETTLEMENT AND [PROPOSED]
ORDER TO CONTIUNE CASE MANAGEMENT　　　　1　　　　　　　　11-00976
CONFERENCE

1  The parties will mail the settlement to the agencies by September 21, 2011. The regulatory
2  agencies' review period will thus end by approximately November 14, 2011 (allowing forty-five
3  days for agency review and approximately nine days for mailing time). If any of the reviewing
4  agencies object to the proposed agreement, the parties would require additional time to meet and
5  confer and attempt to resolve the agencies' concerns.
6       Given the statutorily mandated 45-day review period, the parties request that November 16,
7  2011 be set as the date by which a Stipulation for Approval of Settlement Agreement and Dismissal
8  of Plaintiff's Claims or a Notice that the settlement is null and void, must be filed. Thus, the parties
9  jointly request the case management conference, currently set for September 23, 2011, be
10 rescheduled to November 23, 2011.

Dated: September 16, 2011          Respectfully submitted,

                                         LOZEAU DRURY LLP

                                         By:  /s/  *Douglas J. Chermak*
                                         Douglas J. Chermak
                                         Attorneys for Plaintiff
                                         GLOBAL COMMUNITY MONITOR

                                         BRADY & VINDING

                                         By: *Michael Brady* (auth. on 9/16/11)
                                         Michael Brady
                                         Attorneys for Defendant
                                         ALAMEDA COUNTY INDUSTRIES, INC.

### [PROPOSED] ORDER

Pursuant to notice of settlement and for good cause shown:

**IT IS HEREBY ORDERED** that the case management conference scheduled for September 23, 2011, is continued to ~~November 23, 2011, at 1:30 P.M., and~~ December 2, 2011 at 9:00 a.m.

**IT IS FURTHER ORDERED** that the deadline for submission of the Parties' Stipulation for Approval of Settlement Agreement and Dismissal of Plaintiff's Claims or a Notice that the settlement is null and void, and the Joint Case Management Statement be ~~set for November 16, 2011.~~ filed by November 25, 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____9/20_____, 2011     _____
Judge Edward M. Chen
United States District Judge


IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

NOTICE OF SETTLEMENT AND [PROPOSED]
ORDER TO CONTIUNE CASE MANAGEMENT            3                               11-00976
CONFERENCE