MICHAEL V. BRADY (SBN 146370)
BRADY & VINDING
400 Capitol Mall, Suite 2640
Sacramento, CA 95814
Telephone: (916) 446-3400
Facsimile: (916) 446-7159
mbrady@bradyvinding.com

Attorneys for Defendant
ALAMEDA COUNTY INDUSTRIES, INC.,
a corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL COMMUNITY MONITOR, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY INDUSTRIES, INC., a corporation,<br><br>Defendants | CASE NO. C11-00976<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

On September 16, 2011 the parties to this action filed a "Notice of Settlement and [Proposed] Order to Continue Case Management Conference" and the Court subsequently continued the Case Management Conference to December 2, 2011 and set November 16, 2011 as the date for filing of either a Stipulation for Approval of Settlement Agreement and Dismissal of Plaintiff's Claims or a Notice that the settlement is null and void. The purpose for the proposed order was to allow the United States Department of Justice and the United States Environmental Protection the time necessary to review and approve the settlement pursuant to 40 C.F.R. § 135.5 and 33 U.S.C. § 1365(c). On Friday, October 14, 2011 the Department of Justice informed Plaintiff that such review would not be complete until November 28, 2011.

Given this date and the necessity of the statutorily mandated 45-day review period, the parties request that December 2, 2011 be set as the date by which a Stipulation for Approval of

Settlement Agreement and Dismissal of Plaintiff's Claims or a Notice that the settlement is null and void, must be filed. Thus, the parties jointly request the Case Management Conference, currently set for December 2, 2011, be rescheduled to December 16, 2011.

Dated: October 17, 2011    Respectfully submitted,

BRADY & VINDING

By: /s/ *Michael V. Brady*
Michael V. Brady
Attorneys for Defendant
ALAMEDA COUNTY INDUSTRIES, INC.,
a corporation

LOZEAU DRURY LLP

By: /s/ *Douglas J. Chermak* (auth. on 10/17/11)
Douglas J. Chermak
Attorneys for Plaintiff
GLOBAL COMMUNITY MONITOR

**[PROPOSED] ORDER**

Pursuant to stipulation and for good cause shown:

**IT IS HEREBY ORDERED** that the Parties' Stipulation for Approval of Settlement Agreement and Dismissal of Plaintiff's Claims or a Notice that the settlement is null and void be filed by December 2, 2011 and

**IT IS FURTHER ORDERED** that the Case Management Conference scheduled for December 2, 2011 is continued to December 16, 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 18, 2011, _____
Judge Edward M. Chen
United States District Judge