1  MICHAEL V. BRADY (SBN 146370)
   BRADY & VINDING
2  400 Capitol Mall, Suite 2640
   Sacramento, CA 95814
3  Telephone:  (916) 446-3400
   Facsimile:  (916) 446-7159
4  mbrady@bradyvinding.com

5  Attorneys for Defendant
   ALAMEDA COUNTY INDUSTRIES, INC.,
6  a corporation

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | GLOBAL COMMUNITY MONITOR, a          | **CASE NO. C11-00976**
   | non-profit corporation,
12 |                                       | **STIPULATION AND [PROPOSED]**
   |              Plaintiff,               | **ORDER TO CONTINUE CASE**
13 |                                       | **MANAGEMENT CONFERENCE**
   | v.
14 |
   | ALAMEDA COUNTY INDUSTRIES, INC.,
15 | a corporation,
   |
16 |              Defendants

17

18     On September 16, 2011 the parties to this action filed a "Notice of Settlement and

19 [Proposed] Order to Continue Case Management Conference" and the Court subsequently

20 continued the Case Management Conference to December 2, 2011 and set November 16, 2011 as

21 the date for filing of either a Stipulation for Approval of Settlement Agreement and Dismissal of

22 Plaintiff's Claims or a Notice that the settlement is null and void.  The purpose for the proposed

23 order was to allow the United States Department of Justice and the United States Environmental

24 Protection the time necessary to review and approve the settlement pursuant to 40 C.F.R. § 135.5

25 and 33 U.S.C. § 1365(c).  On Friday, October 14, 2011 the Department of Justice informed Plaintiff

26 that such review would not be complete until November 28, 2011.

27     Given this date and the necessity of the statutorily mandated 45-day review period, the

28 parties request that December 2, 2011 be set as the date by which a Stipulation for Approval of

1  Settlement Agreement and Dismissal of Plaintiff's Claims or a Notice that the settlement is null and
2  void, must be filed.  Thus, the parties jointly request the Case Management Conference, currently
3  set for December 2, 2011, be rescheduled to December 16, 2011.

5  Dated: October 17, 2011                    Respectfully submitted,

6                                             BRADY & VINDING

8                                             By:   /s/ *Michael V. Brady*
                                                    Michael V. Brady
9                                                   Attorneys for Defendant
                                                    ALAMEDA COUNTY INDUSTRIES, INC.,
10                                                  a corporation

11                                            LOZEAU DRURY LLP

13                                            By:   /s/ *Douglas J. Chermak* (auth. on 10/17/11)
                                                    Douglas J. Chermak
14                                                  Attorneys for Plaintiff
                                                    GLOBAL COMMUNITY MONITOR

# [~~PROPOSED~~] ORDER

Pursuant to stipulation and for good cause shown:

**IT IS HEREBY ORDERED** that the Parties' Stipulation for Approval of Settlement Agreement and Dismissal of Plaintiff's Claims or a Notice that the settlement is null and void be filed by December 2, 2011 and

**IT IS FURTHER ORDERED** that the Case Management Conference scheduled for December 2, 2011 is continued to December 16, 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____October 18,_ 2011,       _____
                                      Judge Edward
                                      United States

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signed Judge Edward M. Chen]*

---
-3-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE